# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**UNITED STATES OF AMERICA,**   Criminal File No. 04-281

    **Plaintiff,**

**v.**   **ORDER**

**JAVIER AMADOR-HERNANDEZ (1),**

    **Defendant.**

---

Jeffery S. Paulsen, Assistant United States Attorney, Counsel for Plaintiff.

Richard J. Malacko, Gray & Malacko, Counsel for Defendant.

---

Defendant has filed two letters with the Court. [Doc. Nos. 30 & 32.] The Court interprets these letters as motions for appointment of new counsel.

**IT IS HEREBY ORDERED** that Defendant's Motions for Appointment of New Counsel [Doc. Nos. 30 & 32] are **DENIED**.

Dated October 26, 2005

                                                  s/ Michael J. Davis
                                                  MICHAEL J. DAVIS
                                                  United States District Court